UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TONI JOHNSON, | Case No. 3:12-cv-88 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| PHOENIX GROUP, *et al.*, | |
| Defendants. | |

**ORDER**

This case is before the Court on Plaintiff's Motion for Order Directing Defendant to Respond to Interrogatory in Reduced Amount of Time. (Doc. 6). Plaintiff requests an order directing Defendants to respond to an interrogatory within 15 days, as opposed to the 30 days provided for in Fed. R. Civ. P. 33(b)(2). Plaintiff seeks an expedited response "to make any pre-trial discovery planning (including the 26(f) discovery conference) or motion practice more economical." Presumably, Plaintiff also seeks leave to serve the interrogatory in advance of the parties' 26(f) conference.[1]

Because this case is presently set for a Preliminary Pretrial Conference on June 22, 2012, and because Plaintiff's request seeks this particular discovery in an effort to adequately prepare the 26(f) report, if Defendants intend to oppose Plaintiff's Motion, such opposition shall be filed on or before May 30, 2012. Should the parties confer and stipulate to the relief sought in Plaintiff's Motion, the parties shall notify the Court on or before May 30, 2012.

**IT IS SO ORDERED**.

Date:  May 23, 2012                                  *s/ Timothy S. Black*
                                                                    Timothy S. Black
                                                                    United States District Judge

---

[1] Pursuant to Fed. R. Civ. P. 26(d)(1), "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order."